**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Kamaljit** First name **Kaur** Middle name **Kalkat** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Kamal Kalkat** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0916** | |

Debtor 1　　**Kamaljit Kaur Kalkat**　　　　　　　　　　　Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** |  |  |
|  | EIN | EIN |

| **5.** **Where you live** | **2377 Clark Rd.** **Yuba City, CA 95993** | **If Debtor 2 lives at a different address:** |
|---|---|---|
|  | Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
|  | **Sutter** |  |
|  | County | County |
|  | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
|  | **PO Box 3222** **Yuba City, CA 95992** |  |
|  | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* | *Check one:* |
|---|---|---|
|  | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
|  | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Kamaljit Kaur Kalkat**                                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **E.D. Cal.** | When | **8/19/24** | Case number | **24-23664** | |
| | District _____ | When _____ | | Case number _____ | | |
| | District _____ | When _____ | | Case number _____ | | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

Debtor    **Diamond K LLC**                        Relationship to you    **Affiliate**
District    **E.D. Cal.**    When    **11/14/24**    Case number, if known    _____
Debtor    _____                        Relationship to you    _____
District    _____    When    _____    Case number, if known    _____

**11.  Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Kamaljit Kaur Kalkat**                               Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.       Go to Part 4.

☐ Yes.     Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a** *small business debtor?*
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.     I am not filing under Chapter 11.

■ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Kamaljit Kaur Kalkat**                    Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Kamaljit Kaur Kalkat** _____     Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kamaljit Kaur Kalkat**
_____          _____
**Kamaljit Kaur Kalkat**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on  **November 14, 2024**               Executed on  _____
_____                           _____
MM / DD / YYYY                                                MM / DD / YYYY

| Debtor 1 | **Kamaljit Kaur Kalkat** | Case number *(if known)* |
|---|---|---|

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Robert S. Marticello** | Date | **November 14, 2024** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Robert S. Marticello**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**1900 Avenue the Stars**
**Suite 1900**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

| Contact phone | **(310) 440-4100** | Email address | **rmarticello@raineslaw.com** |
|---|---|---|---|

**244256 CA**
Bar number & State

---

Certificate Number: 12459-CAE-CC-038779030



12459-CAE-CC-038779030

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 18, 2024</u>, at <u>3:36</u> o'clock <u>PM PDT</u>, <u>Kamal Kalkat</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>August 18, 2024</u>                By:    <u>/s/Grace Gomez</u>

                                        Name:  <u>Grace Gomez</u>

                                        Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kamaljit Kaur Kalkat** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|
| **1** | What is the nature of the claim? | Contingent guaranty of secured corporate debt | $7,864,860.80 |
| **APC CS Trust, a Delaware Statutory Trust** <br> **C/O Lance N. Jurich, Esq.** <br> **Loeb & Loeb LLP** <br> **10100 Santa Monica Blvd., Suite 2200** <br> **Los Angeles, CA 90067-4120** | As of the date you file, the claim is: Check all that apply <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br> ☐ None of the above apply | | |
| | Does the creditor have a lien on your property? | | |
| Contact | ■ No <br> ☐ Yes. Total claim (secured and unsecured) <br>     Value of security:    -_____ <br>     Unsecured claim | | |
| Contact phone | | | |
| **2** | What is the nature of the claim? | Debt of general partnership | $867,100.00 |
| **Bee Legend, Inc.** <br> **c/o Jason E. Rios** <br> **500 Capitol Mall #2250** <br> **Sacramento, CA 95814-4760** | As of the date you file, the claim is: Check all that apply <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br> ☐ None of the above apply | | |
| | Does the creditor have a lien on your property? | | |

Debtor 1    **Kamaljit Kaur Kalkat**        Case number *(if known)* _____

|  |  |  |  |
|---|---|---|---|
| | ■ | No | |
| Contact | ☐ | Yes. Total claim (secured and unsecured) | |
| | | Value of security: | - _____ |
| Contact phone | | Unsecured claim | _____ |

---

**3**

California Dept. of Tax and Fee Administ
Collections Support Bureau
Mic:29
PO BOX 942879
Sacramento, CA 94279-0029

What is the nature of the claim? _____    **$1,330.97**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| | | |
|---|---|---|
| ■ | No | |
| ☐ | Yes. Total claim (secured and unsecured) | |
| | Value of security: | - _____ |
| | Unsecured claim | _____ |

_____
Contact
_____
Contact phone

---

**4**

H R Beeler Tractor Co
887 E Onstott Rd
887 E Onstott Rd
Yuba City, CA 95991-3638

What is the nature of the claim?    **Debt of general partnership**    **$22,469.51**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

| | | |
|---|---|---|
| ■ | No | |
| ☐ | Yes. Total claim (secured and unsecured) | |
| | Value of security: | - _____ |
| | Unsecured claim | _____ |

_____
Contact
_____
Contact phone

---

**5**

ITF Supply
235 South Butte St
Willows, CA 95988-3004

What is the nature of the claim?    **Debt of general partnership**    **$9,642.22**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

| | | |
|---|---|---|
| ■ | No | |
| ☐ | Yes. Total claim (secured and unsecured) | |
| | Value of security: | - _____ |
| | Unsecured claim | _____ |

_____
Contact
_____
Contact phone

---

**6**

What is the nature of the claim?    **Default judgment**    **$56,239.73**

| Debtor 1 | Kamaljit Kaur Kalkat | Case number *(if known)* | |
|---|---|---|---|

**Miguel Angel De La Rosa Nunez**
**c/o Peter C. Califano, Esq.**
**Niesar & Vestal LLP**
**90 New Montgomery, 9th Floor**
**San Francisco, CA 94105-4504**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:     -
  - Unsecured claim

Contact

Contact phone

---

**7**

**Private Money Solutions Inc**
**15030 Ventura Blvd #500**
**Sherman Oaks, CA 91403**

What is the nature of the claim?     **Contingent guaranty of secured corporate debt**     **$1,400,000.00**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:     -
  - Unsecured claim

Contact

Contact phone

---

**8**

**Ramos Oil Company**
**PO Box 401**
**West Sacramento, CA**
**95691-0401**

What is the nature of the claim?     **Default judgment**     **$91,409.26**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:     -
  - Unsecured claim

Contact

Contact phone

---

**9**

**Synchrony Bank by AIS**
**InfoSource LP as a**
**4515 N Santa Fe Ave**
**Oklahoma City, OK 73118-7901**

What is the nature of the claim?     **Unknown**     **$2,859.44**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

---

| Debtor 1 | **Kamaljit Kaur Kalkat** | Case number *(if known)* | _____ |

**Does the creditor have a lien on your property?**

_____
Contact

_____
Contact phone

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:  -  _____

Unsecured claim  _____

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Kamaljit Kaur Kalkat** _____     X _____

**Kamaljit Kaur Kalkat**     Signature of Debtor 2
Signature of Debtor 1

Date **November 14, 2024** _____     Date _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re    **Kamaljit Kaur Kalkat**                              Case No. _____

                                         Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00*** |
| Prior to the filing of this statement I have received | $ | **50,000.00*** |
| Balance Due | $ | **0.00** |

*The Firm received a total pre-petition retainer in the collective amount of $50,000 (the "Retainer") for this case and the affiliated case. The Retainer was paid by the Debtor. The Retainer was applied to pre-petition services and the filing fee, leaving a balance of $3,220.00 as of the Petition Date. The balance of the Retainer is maintained in the Firm's retainer account.

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Negotiations with secured creditors; exemption planning; preparation and filing of motions pursuant to 11 USC sec. 522(f) for avoidance of liens.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: Representation of the debtors in any dischargeability actions.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 14, 2024**                         **/s/ Robert S. Marticello**
*Date*                                        **Robert S. Marticello**
                                           *Signature of Attorney*
                                           **Raines Feldman Littrell LLP**
                                           **1900 Avenue the Stars**
                                           **Suite 1900**
                                           **Los Angeles, CA 90067**
                                           **(310) 440-4100**
                                           **rmarticello@raineslaw.com**
                                           *Name of law firm*

Robert S. Marticello
Raines Feldman Littrell LLP
1900 Avenue the Stars
Suite 1900
Los Angeles, CA 90067


Kamaljit Kaur Kalkat
PO Box 3222
Yuba City, CA 95992


Office of the U.S. Trustee - Sacramento
Robert T. Matsui
U.S. Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814


5th Street Capital
2020 Camino Del Rio N 700
San Diego, CA 92108-1545


AgWest Farm Credit
3755 Atherton Road
Rocklin, CA 95765-3701


AgWest Farm Credit
c/o Loeb & Loeb
Bethany Simmons
345 Park Avenue
New York, NY 10154


AgWest Farm Credit, FLCA
c/o Jamie Dreher
DOWNEY BRAND LLP
621 Capitol Mall, 18th Fl
Sacramento, CA 95814-4731


Ameet Sharma
Ameet Sharma
757 Miller Ave
Chico, CA 95928-6921


Andrew L Jones Defined Benefit Plan
1388 Sutter St #805
San Francisco, CA 94109

APC CS Trust, a Delaware Statutory Trust
C/O Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120


Arbuckle Public Utility District
PO Box 796
Arbuckle, CA 95912-0796


Arch West Capital
19800 MacArthur Blvd Ste 1150
Irvine, CA 92612-8445


ATG Capital 401(k) Plan
c/o Burke Williams & Sorensen LLP
Attn Richard J Reynolds
18300 Von Karman Ave Suite 650
Irvine, CA 92612


Austin Tarzana Group LLC
5567 Reseda Blvd
Suite 318
Tarzana, CA 91356-2673


Austin Tarzana Group LLC DBPP (ATG)
c/o Burke Williams & Sorensen LLP
Attn Richard J Reynolds
18300 Von Karman Ave Suite 650
Irvine, CA 92612


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899


Bee Legend, Inc.
c/o Jason E. Rios
500 Capitol Mall #2250
Sacramento, CA 95814-4760


Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

Brett T. Abbott
c/o GUBLER & ABBOTT
1110 N. Chinowth Street
Visalia, CA 93291-4113


Burke Williams & Sorensen LLP
Attn Richard J Reynolds
18300 Von Karman Ave Suite 650
Irvine, CA 92612


Butte County Tax Collector
25 County Center Dr
Ste 125
Oroville, CA 95965-3367


California Dept. of Tax and Fee Administ
Collections Support Bureau Mic:29
PO BOX 942879
Sacramento, CA 94279-0029


Candelario Ace Hardware
1626 Hwy 99
Gridley, CA 95948-2611


Capital One
PO Box 30293
Salt Lake City, UT 84131


Cellco Partnership dba Verizon Wireless
c/o William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147


Colusa County Water District
PO Box 337
Arbuckle, CA 95912-0337


Colusa Glenn Subwater
PO Box 1205
Willows, CA 95988-1205


County of Butte
25 County Center Dr 125
Oroville, CA 95965-3384

Diamond K LLC
2377 Clark Rd
Live Oak, CA 95953

DLL Finance LLC
PO Box 2000
Johnston, IA 50131-0020

DMV PTI
PO Box 942897
Sacramento, CA 94297-0897

Flynns Welding Machine
6850 State Highway 32
Orland, CA 95963-9788

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Gandy and Staley Oil Company
PO Box 810
Willows, CA 95988-0810

Glenn-Colusa Irrigation
PO Box 150
Willows, CA 95988-0150

H R Beeler Tractor Co
887 E Onstott Rd
887 E Onstott Rd
Yuba City, CA 95991-3638

Harpers Auto Repair
110 Husted Rd
Williams, CA 95987

Hunt and Sons Inc
PO Box 103501
Pasadena, CA 91189-0174

Igya Demici
12000 Darby Ave
Porter Ranch, CA 91326

Illinois General Investment Trust
c/o NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ITF Supply
235 South Butte St
Willows, CA 95988-3004


John Bilheimer, Law Offices of John Bilh
PO Box 211
Nevada City, CA 95959-0211


Kamaljit Kaur Kalkat
PO Box 3222
Yuba City, CA 95992-3222


Kanawha Water District
PO Box 1054
Willows, CA 95988-1054


Lilian G. Tsang
P.O. Box 3051
Modesto, CA 95353-3051


Mercedes Benz Financial
36455 Corporate Dr
Farmington, MI 48331


Mercedes-Benz Finance
8430 West Bryn Mawr Ave 3rd Floor
Chicago, IL 60631-3473


Miguel Angel De La Ros
6082 County Road 200
Orland, CA 95963-9001

Miguel Angel De La Rosa Nunez
c/o Peter C. Califano, Esq.
Niesar & Vestal LLP
90 New Montgomery, 9th Floor
San Francisco, CA 94105-4504


Mortgage Lender Services Inc
7844 Madison Ave Ste 145
Fair Oaks, CA 95628-3595


Nutrien Ag Solutions, Inc. fka United Ag
1110 N. Chinowth Street
Visalia, CA 93291-4113


Nutrient Ag Solutions
PO Box 211
Hamilton City, CA 95951-0211


Olympia Financial Mortgage Inc
16133 Ventura Blvd Suite 600
Encino, CA 91436-2404


OMC
2700 Cousa Hwy
Yuba City, CA 95993-8927


Orland Artois Water District
PO Box 218
Orland, CA 95963-0218


Pape
PO Box 35144 5077
Seattle, WA 98124-5144


PAPE' MACHINERY, INC
355 Goodpasture Island Rd
suite 300
Eugene, OR 97401-2119


Private Money Solutions Inc
15030 Ventura Blvd #500
Sherman Oaks, CA 91403

Rabo AgriFinance
14767 N Outer 40 Rd 400
Chesterfield, MO 63017-2003


Rabo AgriFinance, LLC
c/o Valerie Bantner Peo, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491


Rabo Bank
PO Box 411995
St Louis, MO 63141


Ramos Oil Company
PO Box 401
West Sacramento, CA 95691-0401


Reliance Propane
PO Box 986511
Boston, MA 02298-6511


Scheer Law Group, LLP
155 N Redwood Dr #100
San Rafael, CA 94903-1966


Synchrony Bank by AIS InfoSource LP as a
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Tenney and Company
1528 Starr Drive Ste A
Yuba City, CA 95993-2651


The County Florist
1500 North Beale Rd
Marysville, CA 95901-6399


The Frank Loretz Family Trust
c/o Scheer Law Group LLP
155 N Redwood Dr Suite 100
San Rafael, CA 94903

The Frank Loretz Family Trust
10884 Franklin Boulevard
Elk Grove, CA 95757-9760


The Groundhog Trust
Attn Andrew Louis Jones Trustee
1388 Sutter St #805
San Francisco, CA 94109


The Juliet Alcasid Family Trust
19321 Palomar Place
Tarzana, CA 91356


Timiran Inc
7418 County Road 24
Orland, CA 95963-9796


U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION WESTERN REGION
P O BOX 683
WASHINGTON, DC 20044-0683


Uline
PO Box 88741
Chicago, IL 60680-1741


United States Attorney
For Internal Revenue Service
501 I St Ste 10-100
Sacramento, CA 95814-7306


Wesi McNair
100 Loren Ave
Chico, CA 95928-7197